United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3489
_____

David Dixon,                              *
                                          *
            Appellant,                    *
                                          *    Appeal from the United States
      v.                                  *    District Court for the
                                          *    Western District of Missouri.
Donnie McGuire; James Collyott,           *
                                          *    [UNPUBLISHED]
            Appellees.                    *

_____

Submitted: March 6, 1998
    Filed: March 19, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

David Dixon, an inmate at Central Missouri Correctional Center, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 failure-to-protect action. After a careful review of the record and the parties' submissions on appeal, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.